
```
MARY WASHINGTON NELSON          HALLIDAY, WATKINS, MAN
75 ANN DR                       376 E 400TH S
BENTON, MS 39039                STE 300
                                SALT LAKE CITY, UT 84111


THOMAS C. ROLLINS, JR.          LABREKA MCGEE
THE ROLLINS LAW FIRM, PLLC      1829 HWY 432
P.O. BOX 13767                  BENTON, MS 39039
JACKSON, MS 39236


7TH AVE/SWISS COLONY            MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
1112 7TH AVE                    PO BOX 939069
MONROE, WI 53566                SAN DIEGO, CA 92193


AIDVANTAGE                      MUTUAL CREDIT UNION
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 300001                   PO BOX 25
GREENVILLE, TX 75403            VICKSBURG, MS 39181


BRAYDEN JONES                   ONEMAIN
1829 HIGHWAY 432                P.O. BOX A142
BENTON, MS 39039                EVANSVILLE, IN 47701


CAPITAL ONE                     US ATTORNEY GENERAL
ATTN: BANKRUPTCY                US DEPT OF JUSTICE
P.O. BOX 30285                  950 PENNSYLVANIA AVENW
SALT LAKE CITY, UT 84130        WASHINGTON, DC 20530-0001


CITIBANK                        USDA RURAL DEV
ATTN BANKRUPTCY                 ATTN: BANKRUPTCY DEPT
PO BOX 790040                   PO BOX 66889
ST LOUIS, MO 63179              ST. LOUIS, MO 63166


COMENITY CAPITAL BANK           USDA RURAL DEVELOPMENT
P.O. BOX 183003                 C/O US ATTORNEY
COLUMBUS, OH 43218-3003         501 E COURT ST
                                STE 4.401
                                JACKSON, MS 39201


FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107
```