# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON MISSISSIPPI DIVISION

| | |
|---|---|
| IN RE: | |
| MARY WASHINGTON NELSON AKA MARY L WASHINGTON AKA MARY L NELSON; | CHAPTER 13<br>CASE NO. 25-01291-JAW |
| **Debtor.** | |

## NOTICE OF APPEARANCE

Comes now the undersigned and Notices his appearance as attorney of record for United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture in the above referenced matter.

/s/ Michael Lindsey
Michael Lindsey, MS Bar No. 106094
Halliday, Watkins & Mann, P.C.
244 Inverness Center Dr, Ste 200
Birmingham, Al 35242
mlindsey@hwmlawfirm.com
205-961-5299

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on May 27, 2025, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Mary Washington Nelson
75 Ann Dr
Benton, MS 39039

                                                       /s/ Michael Lindsey
                                                       Michael Lindsey