In the United States Bankruptcy Court
Southern District of Mississippi

IN RE: Mary Washington Nelson     ) Chapter: 13
                                                  ) Bankruptcy No: 25-01291
                                                  ) Account No: 2149
                                                  ) **REQUEST FOR NOTICE**

      Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

                      United States Department of Agriculture
                      Centralized Servicing Center
                      PO Box 66879
                      St. Louis, MO  63166

                      UNITED STATES OF AMERICA
                      United States Department of Agriculture
                      Rural Housing Service

Date: 07/02/2025            /s/ Cassandra Spencer
                                    Cassandra Spencer
                                    Bankruptcy Processor
                                    Centralized Servicing Center - USDA
                                    1-800-349-5097 ext. 5520