# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    MARY WASHINGTON NELSON                    CASE NO. 25-01291-JAW

**DEBTOR.**                                                                              **CHAPTER 13**

### Notice to File Certificate of Service

**To:** Cassandra Spencer
United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO 63166

A Certificate of Service (the "Certificate") is required when filing documents through the ECF system. The Certificate must include information indicating how service was accomplished on any party or counsel, and what method of service was utilized. *See* MISS. BANKR. L.R. 9004-1(C).

**You are hereby notified** that a Certificate did not accompany the below document filed on July 2, 2025:

    Creditor Request for Notices 202 Letter (Dkt. #18)

**You are further notified** that failure to file a Certificate on or before July 16, 2025 may result in the setting of a show cause hearing to determine why the above-referenced document should not be stricken or dismissed.

**Dated:** July 2, 2025                                **Danny L. Miller, Clerk of Court**
                                                               Thad Cochran U. S. Courthouse
                                                               501 E. Court St. Ste. 2.300
                                                               Jackson, MS 39201
                                                               601-608-4600