United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01291-JAW
Mary Washington Nelson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Jul 02, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Cassandra Spencer, United States Department of Agriculture, Centralized Servicing Center, PO Box 66879, St. Louis, MO 63166-6879 |
| cr | + | United States Department of Agriculture Centralize, P O Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Michael Lindsey | on behalf of Creditor United States of America acting through the Rural Housing Service or successor agency United States Department of Agriculture mlindsey@jandllawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Washington Nelson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    MARY WASHINGTON NELSON                       CASE NO. 25-01291-JAW

**DEBTOR.**                                                                     CHAPTER 13

### Notice to File Certificate of Service

**To:** Cassandra Spencer
United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO 63166

A Certificate of Service (the "Certificate") is required when filing documents through the ECF system. The Certificate must include information indicating how service was accomplished on any party or counsel, and what method of service was utilized. *See* Miss. Bankr. L.R. 9004-1(c).

**You are hereby notified** that a Certificate did not accompany the below document filed on July 2, 2025:

    Creditor Request for Notices 202 Letter (Dkt. #18)

**You are further notified** that failure to file a Certificate on or before July 16, 2025 may result in the setting of a show cause hearing to determine why the above-referenced document should not be stricken or dismissed.

**Dated:** July 2, 2025                           **Danny L. Miller, Clerk of Court**
                                                                 Thad Cochran U. S. Courthouse
                                                                   501 E. Court St. Ste. 2.300
                                                                   Jackson, MS 39201
                                                                   601-608-4600