United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01291-JAW
Mary Washington Nelson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Aug 12, 2025     Form ID: n031     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Washington Nelson, 75 Ann Dr, Benton, MS 39039-6009 |
| cr | + | United States Department of Agriculture Centralize, P O Box 66879, St. Louis, MO 63166-6879 |
| 5513920 | + | Brayden Jones, 1829 Highway 432, Benton, MS 39039-8230 |
| 5513926 | + | LaBreka McGee, 1829 Hwy 432, Benton, MS 39039-8230 |
| 5515628 | + | Michael Lindsey, Esq., Halliday, Watkins & Mann, P.C., For United States of America acting thro, 244 Inverness Center Dr., Ste. 200, Birmingham, AL 35242-4834 |
| 5513929 | | OneMain, P.O. Box A142, Evansville, IN 47701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5513918 | + | Email/Text: bankruptcy@sccompanies.com | Aug 12 2025 19:28:00 | 7th Ave/Swiss Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5513919 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 12 2025 19:30:38 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5513921 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2025 19:30:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5513922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2025 19:30:42 | Citibank, Attn Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5513923 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2025 19:28:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5513924 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 12 2025 19:31:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5513925 | ^ | MEBN | Aug 12 2025 19:56:37 | Halliday, Watkins, Man, 376 E 400th S, Ste 300, Salt Lake City, UT 84111-2906 |
| 5538755 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2025 19:30:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5536863 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2025 19:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5513927 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2025 19:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5513928 | + | Email/Text: chill@mutualcu.org | Aug 12 2025 19:28:00 | Mutual Credit Union, Attn: Bankruptcy, Po Box 25, Vicksburg, MS 39181-0025 |
| 5527923 | + | Email/PDF: cbp@omf.com | Aug 12 2025 19:30:52 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5537639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2025 19:30:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5540293 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: n031 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 5513930 | ^ | MEBN | Aug 12 2025 19:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5513931 | + | Email/Text: sm.rd.so.bkr@usda.gov | Aug 12 2025 19:56:39 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5513932 | + | Email/Text: ebone.woods@usdoj.gov | Aug 12 2025 19:27:00 | USDA Rural Dev, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5528528 | + | Email/Text: sm.rd.so.bkr@usda.gov | Aug 12 2025 19:28:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5538943 | + | Email/Text: sm.rd.so.bkr@usda.gov | Aug 12 2025 19:27:00 | United States Department of Agriculture, Centralized Servicing Center, P O Box 66879, St. Louis, MO 63166-6879 |
| | | | Aug 12 2025 19:27:00 | United States of America, US Dept of Agriculture, Rural Housing Service, Customer Service Center, P.O. Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | United States of America acting through the Rural |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Michael Lindsey | on behalf of Creditor United States of America acting through the Rural Housing Service or successor agency  United States Department of Agriculture mlindsey@jandllawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Washington Nelson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Aug 12, 2025 Form ID: n031 Total Noticed: 25
TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01291−JAW
**Chapter:** 13

**In re:**

Mary Washington Nelson
aka Mary L Washington, aka Mary L
Nelson
75 Ann Dr
Benton, MS 39039

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 12, 2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 12, 2025

Danny L. Miller, Clerk of Court