**Fill in this information to identify the case:**

Debtor 1   Mary Washington Nelson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Mississippi
                                                    (State)

Case number   25-01291

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no**. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:   2  1  4  9

**Date of payment change:**
Must be at least 21 days after date of this notice   07/16/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*   $ 786.06

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

**Current escrow payment:**  $ 165.87          **New escrow payment:**  $ 180.93

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%          **New interest rate:** _____%

**Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
| --- | --- |

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes.

**Current HELOC payment:**      $_____

**Reconciliation amount:**      + $_____ or
                               - $_____

Debtor 1   Mary Washington Nelson
First Name        Middle Name        Last Name

Case number (*if known*) 25-01291

---

Amount of next payment (including reconciliation amount)         $_____

Amount of the new payment thereafter (without reconciliation amount)     $_____

## Part 4:    Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: ____                                                     _____

Current mortgage payment: $ ____872.70____     New mortgage payment: $ __786.06____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Cassandra Spencer                              Date   05/13/2026
Signature

Print:   Cassandra              Spencer             Title   Bankruptcy Specialist
First Name      Middle Name     Last Name

Company   USDA - Rural Housing Sevice - CSC

Address   PO Box 66879
Number          Street
St Louis                      MO       63166
City                          State    ZIP Code

Contact phone  ( 800 ) 349 – 5097          Email   sm.rd.so.bkr@usda.gov

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page **2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:**  Cassandra Spencer                                      05/13/2026
                                                                          (Date)

| **Debtor(s) &** Mary Washington Nelson | **Case No.** | 25-01291 |
| **Address:** | **Claim No.** | 5 |
| 75 Ann Dr | **USDA Acct No.** | 2  1  4  9 |
| Benton, MS 39039 | | |

**Attorney &**  Thomas Carl Rollins, Jr
**Address:**  The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee &**  Harold J. Barkley, Jr.
**Address:**  P.O. Box 4476
Jackson, MS 39296-4476

**Effective**      07/16/2026      **, the monthly ongoing payment is changing due to:**

No      Yes ✓ **ESCROW:**

No ✓ Yes      **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 605.13 | Principal & Interest | 605.13 |
| Less Subsidy | 0.00 | Less Subsidy | 0.00 |
| Total P&I Payment | 605.13 | Total P&I Payment | 605.13 |
| | | | |
| Escrow | 165.87 | Escrow | 157.39 |
| Escrow shortage | 0.00 | Escrow shortage | 23.54 |
| Total Escrow | 165.87 | Total Escrow | 180.93 |
| | | | |
| Fees | 101.70 | Fees | 0.00 |
| | | | |
| Total Payment | 872.70 | Total Payment | 786.06 |

**Southern District of Mississippi**

Case No.   25-01291
Claim No.      5

## CERTIFICATE OF SERVICE

I,  Cassandra Spencer  , do hereby certify that on   05/13/2026  , I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Mary Washington Nelson

Debtor(s)

75 Ann Dr
Benton, MS 39039

Via CM/ECF:

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

Date:  05/13/2026

/s/  Cassandra Spencer
_____
 Cassandra Spencer
 Bankruptcy Specialist
 USDA, Rural Housing Service
 1-800-349-5097 ext.

"

```
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS             MO 63102


800-414-1226




MARY NELSON
75 ANN DRIVE
BENTON              MS 39039

                              DATE: 05/12/26
```

         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 07/16/26 THROUGH 06/30/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 07/16/26 THROUGH 06/30/27 -------

```
                FP INSURANCE                  1314.00
                COUNTY TAX                     574.78

        TOTAL PAYMENTS FROM ESCROW         1888.78

        MONTHLY PAYMENT TO ESCROW           157.39 (1/12TH OF ABOVE TOTAL)
```

------- ANTICIPATED ESCROW ACTIVITY - 07/16/26 THROUGH 06/30/27--------

| MONTH | -ANTICIPATED PAYMENTS- | | DESCRIPTION | -- ESCROW BALANCE COMPARISON -- | | |
|---|---|---|---|---|---|---|
| | TO ESCROW | FROM ESCROW | | ANTICIPATED | | REQUIRED |
| | | | ACTUAL STARTING BALANCE | 874.13 | | 1156.61 |
| JUL 26 | 157.39 | | | 1031.52 | | 1314.00 |
| AUG 26 | 157.39 | | | 1188.91 | | 1471.39 |
| SEP 26 | 157.39 | 1314.00 | FP INSURANCE ALP | 32.30 | RLP | 314.78 |
| OCT 26 | 157.39 | | | 189.69 | | 472.17 |
| NOV 26 | 157.39 | | | 347.08 | | 629.56 |
| DEC 26 | 157.39 | | | 504.47 | | 786.95 |
| JAN 27 | 157.39 | 574.78 | COUNTY TAX | 87.08 | | 369.56 |
| FEB 27 | 157.39 | | | 244.47 | | 526.95 |
| MAR 27 | 157.39 | | | 401.86 | | 684.34 |
| APR 27 | 157.39 | | | 559.25 | | 841.73 |
| MAY 27 | 157.39 | | | 716.64 | | 999.12 |
| JUN 27 | 157.39 | | | 874.03 | | 1156.51 |

----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -----------


IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS      -282.48.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT

WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JULY 16, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.

```
------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
           PRINCIPAL & INTEREST                              605.13
           ESCROW (1/12TH OF ANNUAL ANTICIPATED              157.39
              DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
           PLUS: SHORTAGE PAYMENT                             23.54
           MINUS: SURPLUS CREDIT                               0.00
           ROUNDING ADJUSTMENT                                 0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 07/16/26      786.06
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      314.78.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       314.78.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
04/20        155.58        05/20         155.58        06/20      11480.82   *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                            00/00         0.00
00/00      0.00                            00/00         0.00
```

```
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS               MO 63102


800-414-1226
```



```
MARY NELSON
75 ANN DRIVE
BENTON                  MS 39039
```

DATE: 05/12/26


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JUL 16, 2025 AND ENDING JUN 30,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF JUL 16, 2025 IS ---

```
        PRINCIPAL & INTEREST            605.13
        ESCROW DEPOSIT                  151.61
        OPTIONAL INSURANCE             101.70
        REPLACE RESV/FHA SVC CHG         0.00
        SHORTAGE                        14.26
        DEFICIENCY                       0.00
        SURPLUS                          0.00
        ROUNDING                         0.00
        LESS BUYDOWN/ASST PAYMENT        0.00
        BORROWER PAYMENT               872.70
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| APR 25 | 0.00 | | | | | 0.00 | -3558.78 |
| MAY 25 | 0.00 | | | | | 0.00 | -3558.78 |
| JUN 25 | 0.00 | -8652.81 | | | | | |
| | | 8652.81 | | | | 0.00 | -3558.78 |
| | | | | | STARTING BALANCE | 1114.94 | -3558.78 |
| JUL 25 | 151.61 | -1667.45 | | | | | |
| JUL 25 | | 1667.45 | | | | | |
| JUL 25 | | -8652.81* | | | | 1266.55 | -12211.59 |
| AUG 25 | 151.61 | * | | | | 1418.16 | -12211.59 |
| SEP 25 | 151.61 | 83.79 | 1266.55 | | | | |
| SEP 25 | | 83.79* | | * | | 303.22 T | -12044.01 |
| OCT 25 | 151.61 | * | | | | 454.83 | -12044.01 |
| NOV 25 | 151.61 | 83.79 | | 1314.00 | FP INS | | |
| NOV 25 | | 83.79 | | | | | |

```
NOV 25                  83.79*                    *           606.44     -12979.08 A
DEC 25    151.61       211.35
DEC 25                 211.35
DEC 25                 211.35
DEC 25                 211.35
DEC 25                 211.35*                                758.05     -11922.33
JAN 26    151.61       211.35*      552.77    574.78* COUNTY  356.89     -12285.76
FEB 26    151.61           *                                 508.50     -12285.76
MAR 26    151.61       211.35
MAR 26                 211.35*                                660.11     -11863.06
APR 26    151.61       211.35
                       211.35
                       211.35*                                811.72     -11229.01
MAY 26    151.61       155.58
                       155.58*                                963.33     -10917.85
JUN 26    151.61           **                               1114.94     -10917.85
TOTALS                -5597.85                 1888.78
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS        303.22. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS -12979.08.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)

ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
10/18        83.79      11/18          83.79      12/18          83.79
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00                     00/00           0.00

```
TOTALS              -5597.85                    1888.78
00/00       0.00                        00/00       0.00
```