**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                    BANKRUPTCY NO.  25-01291-JAW
**MARY WASHINGTON NELSON**

### ORDER OF DISMISSAL

  **THIS DAY,**  the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #     ).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerkof this Court a written responsive pleading to the Motion.

  **IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

    **##END OF ORDER##**

    SUBMITTED BY:

    /s/ Harold J. Barkley, Jr.
    Harold J. Barkley, Jr. - Msb #2008
    Chapter 13 Trustee
    Post Office Box 4476
    Jackson, Ms 39296-4476
    Telephone:  601-362-6161
    e-mail:  hjb@hbarkley13.com