

SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 28, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

MARY WASHINGTON NELSON                                      25 – 01291 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #30] and the Debtor's Response [DK #31]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, the post-petition mortgage payment arrears through July, 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the August 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

THAT, should the Debtor become 60 days or more delinquent in Chapter 13 Plan Payments, calculated from August 1, 2026 then this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

*/s/Justin B. Jones*
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

*/s/Thomas C. Rollins, Jr.*
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

## <u>EXHIBIT – CERTIFICATE OF SERVICE -  PARTIES NOTICED</u>
## <u>MARY WASHINGTON NELSON – CHAPTER 13 NO. – 25 – 01291 – JAW</u>

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Mary Washington Nelson
75 Ann Drive
Benton, MS  39039

United Staters of America
US Dept. of Agriculture
Rural Housing Service
Customer Service Center
Post Office Box 66879
St. Louis, MO  63166

USDA, Rural Housing
c/o U. S. Attorney
501 E Court St. #4.430
Jackson, MS 39201

US Attorney General
US Dept of Justice
950 Pennsylvania Ave. NW
Washington, DC   20530-0001