United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                     Case No. 25-01291-JAW

Mary Washington Nelson                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                                         Page 1 of 1

Date Rcvd: Jul 28, 2026                   Form ID: pdf012                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

**Recip ID              Recipient Name and Address**
db                   + Mary Washington Nelson, 75 Ann Dr, Benton, MS 39039-6009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Michael Lindsey | on behalf of Creditor United States of America acting through the Rural Housing Service or successor agency  United States Department of Agriculture michaell@hwmlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Washington Nelson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



**SO ORDERED,**

Jamie A. Wilson

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 28, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| MARY WASHINGTON NELSON | 25 – 01291 – JAW |

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #30] and the Debtor's Response [DK #31]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, the post-petition mortgage payment arrears through July, 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the August 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

THAT, should the Debtor become 60 days or more delinquent in Chapter 13 Plan Payments, calculated from August 1, 2026 then this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR