United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-01291-JAW

Mary Washington Nelson                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                              Page 1 of 1

Date Rcvd: Jul 29, 2026                 Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Mary Washington Nelson, 75 Ann Dr, Benton, MS 39039-6009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Michael Lindsey | on behalf of Creditor United States of America acting through the Rural Housing Service or successor agency  United States Department of Agriculture michaell@hwmlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Washington Nelson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                    CASE NO.: 25-01291-JAW
**MARY WASHINGTON NELSON**

75 ANN DR
BENTON, MS 39039

**\*\*\*\*\* AMENDED \*\*\*\*\***
**ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE**

     **IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding**
**in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's**
principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is
subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

     **IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's**
plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to
creditors.

     **IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to
pay from the **DEBTOR's** earnings and pay over to:

        Harold J. Barkley,Jr.
        Chapter 13 Trustee
        P.O. Box 321454
        Flowood, MS 39232

the sum of $2,260.00 MONTHLY **.**

##END OF ORDER##