United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01291-JAW
Mary Washington Nelson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Nov 23, 2026 Form ID: ntcdsm Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Washington Nelson, 75 Ann Dr, Benton, MS 39039-6009 |
| cr | + | United States Department of Agriculture Centralize, P O Box 66879, St. Louis, MO 63166-6879 |
| 5513920 | + | Brayden Jones, 1829 Highway 432, Benton, MS 39039-8230 |
| 5513926 | + | LaBreka McGee, 1829 Hwy 432, Benton, MS 39039-8230 |
| 5515628 | + | Michael Lindsey, Esq., Halliday, Watkins & Mann, P.C., For United States of America acting thro, 244 Inverness Center Dr., Ste. 200, Birmingham, AL 35242-4834 |
| 5513929 | | OneMain, P.O. Box A142, Evansville, IN 47701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: USDARHS.COM | Nov 24 2026 00:11:00 | USDA Rural Housing Service CSC, PO Box 66879, St Louis, MO 63166-6879 |
| 5513918 | + | EDI: CBS7AVE | Nov 24 2026 00:11:00 | 7th Ave/Swiss Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5513919 | + | EDI: MAXMSAIDV | Nov 24 2026 00:11:00 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5513921 | + | EDI: CAPITALONE.COM | Nov 24 2026 00:11:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5513922 | + | EDI: CITICORP | Nov 24 2026 00:11:00 | Citibank, Attn Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5513923 | | EDI: WFNNB.COM | Nov 24 2026 00:11:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5513924 | + | EDI: AMINFOFP.COM | Nov 24 2026 00:11:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5513925 | ^ | MEBN | Nov 23 2026 19:11:33 | Halliday, Watkins, Man, 376 E 400th S, Ste 300, Salt Lake City, UT 84111-2906 |
| 5538755 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 19:27:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5536863 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2026 19:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5513927 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2026 19:16:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5513928 | + | Email/Text: chill@mutualcu.org | Nov 23 2026 19:16:00 | Mutual Credit Union, Attn: Bankruptcy, Po Box 25, Vicksburg, MS 39181-0025 |
| 5527923 | + | EDI: AGFINANCE.COM | Nov 24 2026 00:11:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5537639 | | EDI: PRA.COM | | |

| | | | |
|---|---|---|---|
| | | Nov 24 2026 00:11:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5540293 | + EDI: JEFFERSONCAP.COM | Nov 24 2026 00:11:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5513930 | ^ MEBN | Nov 23 2026 19:11:29 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5513931 | + EDI: USDARHS.COM | Nov 24 2026 00:11:00 | USDA Rural Dev, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5513932 | + Email/Text: ebone.woods@usdoj.gov | Nov 23 2026 19:16:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5528528 | + EDI: USDARHS.COM | Nov 24 2026 00:11:00 | United States Department of Agriculture, Centralized Servicing Center, P O Box 66879, St. Louis, MO 63166-6879 |
| 5538943 | + EDI: USDARHS.COM | Nov 24 2026 00:11:00 | United States of America, US Dept of Agriculture, Rural Housing Service, Customer Service Center, P.O. Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | United States of America acting through the Rural |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Michael Lindsey | on behalf of Creditor United States of America acting through the Rural Housing Service or successor agency United States Department of Agriculture michaell@hwmlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Washington Nelson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 25−01291−JAW
Chapter: 13

In re:
Mary Washington Nelson
aka Mary L Washington, aka Mary L Nelson
75 Ann Dr
Benton, MS 39039

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−6767

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on November 23, 2026.

Dated: 11/23/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600